# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
SEP 23 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America )
vs. ) Case No. 1:14CR000154 LJO
Ismael Nevarez )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Ismael Nevarez_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Removing condition 7(k) that pertains to home detention and location monitoring; and, changing condition 7(d) to allow the defendant's travel to be restricted to the Eastern District of California unless otherwise approved in advance by the pretrial services officer.

All other previously ordered conditions of release not in conflict with this change remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9/22/14          _____  9-22-14
Signature of Defendant          Date              Pretrial Services Officer    Date
Ismael Nevarez                                    Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                                                  9-22-14
Signature of Assistant United States Attorney                                  Date
Kimberly A. Sanchez

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                                  09/22/2014
Signature of Defense Counsel                                                   Date
John F. Garland

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on  9/22/14 .
[ ] The above modification of conditions of release is *not* ordered.

_____                                                  9/22/14
Signature of Judicial Officer                                                  Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services