HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:14-CR-00154-LJO-SKO |
| *Plaintiff,* | ) ) ) | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | ) ) | |
| ISMAEL MADRIGAL NEVAREZ, | ) ) | |
| *Defendant.* | ) ) ) | |

Defendant, Ismael Madrigal Nevarez, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

On December 19, 2016, Mr. Nevarez was sentenced to 74 months in custody followed by 36 months of supervised release with conditions. He began serving his term of supervised release on February 6, 2020. Mr. Nevarez submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing Mr. Nevarez Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED: February 28, 2022                    */s/ Eric Kersten*
                                             ERIC V. KERSTEN
                                             Assistant Federal Defender
                                             Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoint counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __March 1, 2022__        /s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE