1

2

3

4

5

6                                   IN THE UNITED STATES DISTRICT COURT

7                                  FOR THE EASTERN DISTRICT OF CALIFORNIA

8    UNITED STATES OF AMERICA,          )       Case №: 1:14-CR-00154-7-LJO
                                        )
9                    Plaintiff,         )                **O R D E R**
                                        )           **APPOINTING COUNSEL**
10           vs.                        )
                                        )
11   ISMAEL MADRIGAL NEVAREZ,           )
                                        )
12                   Defendant.         )
     _____)

13

14          The above named Defendant has, under oath, sworn or affirmed as to his financial

15   inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16   obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

17   justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

18          IT IS HEREBY ORDERED that Manuel F. Perez be appointed to represent the above

19   defendant in this case effective *nunc pro tunc* to March 1, 2022.

20          This appointment shall remain in effect until further order of this court.

21

22   IT IS SO ORDERED.

23

24       Dated:   **March 3, 2022**                /s/ *Barbara A. McAuliffe*
                                            _____
25                                          UNITED STATES MAGISTRATE JUDGE

26

27

28